UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES HOWELL,<br><br>  Petitioner,<br><br>v.<br><br>LINDA SANDERS,<br><br>  Respondent. | Case No. CV 12-05795 MWF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 10, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE