ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES HOWELL, | Case No. CV 12-05795 MWF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| LINDA SANDERS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 30, 2012

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE